# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1909
LT Case No. 2022-10472-CODL

_____

GLENN G. ALBRIGHT,

    Appellant,

    v.

WILL ROBERTS, AS VOLUSIA COUNTY TAX
COLLECTOR AND ROBERT R. KYNOCH, AS
DIRECTOR OF FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR VEHICLES,
DIVISION OF MOTORIST SERVICES,

    Appellees.

_____

On appeal from the County Court for Volusia County.
Angela Dempsey, Judge.

Tanner Andrews, of Tanner Andrews, P.A., Deland, for Appellant.

J. Griffin Chumley, of Fishback Dominick, Winter Park, for Appellee,
Will Roberts.

Ashley Moody, Attorney General, and Miguel A. Olivella, Jr., Special
Counsel, Tallahassee, for Appellee, Robert R. Kynoch.

September 12, 2023

PER CURIAM.

    AFFIRMED.

JAY, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____